State v. Woods

ber 1972, plaintiff was required to pay $400.00 per month for the support of his 8-year-old son. In the order from which defendant appeals, the support was reduced to $60.00 per week.

*No counsel for plaintiff appellee.*

*Wilson and Morrow by John F. Morrow for defendant appellant.*

STATE OF NORTH CAROLINA v. DON ANTHONY WOODS, JOHNNY WAYNE WILLS, MATTHEW WILBERT WILLS, ROY ARCHIE WILLS

No. 741SC402

(Filed 5 June 1974)

ON *Certiorari* to review the trial before *Copeland, Judge,* 17 September 1973 Session of Superior Court held in CHOWAN County.

This is a criminal action wherein the defendants, Don Anthony Woods, Johnny Wayne Wills, Matthew Wilbert Wills, and

Roy Archie Wills, were charged in warrants, proper in form, with disorderly conduct. Each of the defendants was found guilty in the District Court and each appealed to the Superior Court for a trial *de novo*. The cases were consolidated for trial and the State presented evidence which tended to establish the following:

On 16 May 1973 at 11:30 a.m. defendant Don Woods, a field secretary for the Southern Christian Leadership Conference, and a number of students of John A. Holmes High School in Edenton, N. C. (including three of the present defendants) approached the principal's office with the desire to discuss an incident involving the high school band director, and also what disciplinary action, if any, would be taken against the students who participated in the "Black Monday stayout." Kenneth L. Stalls, principal of the high school, informed the group that he had been instructed not to discuss these matters; however, he did remain in his office for the next two hours and engaged in discussions with the group about various other problems. At about 1:30 p.m., Stalls told the group that he had other duties to perform, and when they insisted on remaining in his office, the principal locked his desk and safe and left the room. During the course of events the principal had notified the superintendent of the Edenton-Chowan Schools, Dr. Edwin L. West, of the activities of the group, and Dr. West testified that he made several visits to the high school on the day in question. On at least two occasions during these visits Dr. West requested the group to vacate the premises, but his requests were ignored. At 7:00 p.m., after further requests to disperse were made by the Captain of the Edenton Police Force and again by Dr. West, the police arrested the members of the group, including the present defendants. Further evidence introduced by the State tended to show that members of the group had damaged furniture and windows in the principal's office, and had placed some marks on the wall of a bathroom adjacent to the principal's office.

The defendants offered evidence which differed in material part from that offered by the State only in that the defendants denied doing any damage to the principal's office or the adjacent bathroom, and in that the defendants testified that at no time did Dr. West ask, order, or command the group to leave the building.

Upon completion of the presentation of the evidence, the jury returned verdicts of guilty as to all four defendants; and from judgments imposed thereon, the defendants appealed.

*Attorney General Robert Morgan by Assistant Attorney General William F. Briley for the State.*

*Paul, Keenan & Rowan by Jerry Paul for defendant appellants.*

HEDRICK, Judge.

We have carefully reviewed the assignments of error brought forward and argued by defendants and find them to be without merit. The defendants were afforded a fair trial free from prejudicial error.

No error.

Judge BRITT concurs.

Judge CARSON concurs in the result.